## RYAN *v.* PRESIDENT OF THE SENATE, U. S. CONGRESS.

No. 127.  Decided October 14, 1963.

Appellant *pro se.*

*Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## WILLIAMS *v.* CITY OF WICHITA.

No. 132.  Decided October 14, 1963.

*Kenneth G. Speir, Herbert H. Sizemore* and *Eugene Gressman* for appellant.

*William M. Ferguson,* Attorney General of Kansas, and *Charles S. Rhyne* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.